IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA LOU JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 7:06CV5020 |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | ORDER ON APPLICATION AND |
| | ) | AFFIDAVIT FOR LEAVE TO PROCEED |
| Defendant. | ) | IN FORMA PAUPERIS |
| | ) | |

The plaintiff has filed an Application and Affidavit for Leave to Proceed in Forma Pauperis, filing 3.

IT IS ORDERED that the Application and Affidavit for Leave to Proceed in Forma Pauperis, filing 3, is granted and the plaintiff is permitted to proceed in forma pauperis in this case.

Dated August 29, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge