IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA LOU JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 7:06CV5020 |
| | ) | |
| v. | ) | |
| | ) | |
| LINDA S. McMAHON, ACTING | ) | ORDER ON DEFENDANT'S MOTION |
| COMMISSIONER OF SOCIAL | ) | FOR EXTENSION OF TIME TO RESPOND |
| SECURITY ADMINISTRATION, | ) | TO PLAINTIFF'S BRIEF |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. the Defendant's Motion for Extension of Time to Respond to Plaintiff's Brief, filing 14, is granted, and the defendant's response shall be filed on or before March 1, 2007; and

2. Linda S. McMahon, Acting Commissioner of Social Security shall be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.

Dated January 31, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge